UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN,<br><br>            Plaintiff,<br><br>    v.<br><br>ANTHONY SIMS, JR.,<br><br>            Defendant. | No.  1:20-cv-00884-SKO<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-DESIGNATE ACTION FROM 550 (CONDITIONS OF CONFINEMENT) TO 440 (REGULAR CIVIL) AND TO ASSIGN A DISTRICT JUDGE TO THE CASE<br><br>(Doc. 1) |

Proceeding *pro se*, plaintiff, Kyle Petersen, filed a civil action on June 25, 2020.  (Doc. 1.) The action was inadvertently designated as a prisoner, conditions of confinement case.

Accordingly, the Clerk of the Court shall re-designate this action from 550 (conditions of confinement) to 440 (regular civil) and assign a district judge to the case.

IT IS SO ORDERED.

Dated:   **June 30, 2020**                                    /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE