# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN,<br><br>                    Plaintiff,<br><br>     v.<br><br>ANTHONY SIMS, JR.,<br><br>                    Defendant.<br>_____/ | Case No.  1:20-cv-00884-DAD-SKO<br><br>**ORDER DIRECTING PLAINTIFF TO PAY THE $400 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN 30 DAYS OF SERVICE OF THIS ORDER** |

Plaintiff Kyle Petersen ("Plaintiff") is proceeding pro se in this action. Plaintiff has neither paid the $400 filing fee, nor submitted an application to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915.

Accordingly, IT IS HEREBY ORDERED that:

**Within thirty (30) days of the date of service of this order**, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or, in the alternative, he shall pay the $400 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **July 2, 2020**                                    /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE