UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHONY SIMS, JR.,<br><br>        Defendant. | Case No.  1:20-cv-00884-DAD-EPG<br><br>**ORDER GRANTING MOTION REQUESTING COPY OF COMPLAINT**<br><br>(ECF No. 4) |

    Plaintiff, Kyle Petersen, proceeding *pro se* in this action, filed a motion requesting that the Court provide him a with a copy of his original Complaint filed June 25, 2020.  (ECF No. 4.) Plaintiff asserts that he requires a copy of the Complaint because he was not permitted by prison staff to make a copy of the Complaint since there was no "immediate deadline that was less than a month away."  (*Id*. at 1.)  According to Plaintiff, he has no other means of obtaining a copy.  (*Id*.)

    Plaintiff is advised that the Clerk of Court does not ordinarily provide free copies of case documents.  The Clerk charges $.50 per page for copies of documents.  *See* 28 U.S.C. § 1914(a).  Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees.  The Court also notes that Plaintiff has neither paid the $400 filing fee, nor submitted an application to proceed *in forma pauperis*, and is currently under an Order to do so.  (*See* Doc. 3.)  Even if the Court had granted leave for Plaintiff to proceed *in forma pauperis*, however, such status does not entitle him to free copies of documents from the Court.

In this instance, in light of the fact that Plaintiff has shown a need for a copy as he has no other, *see Spisak v. State of Nevada*, No. 2:05–cv–01147–JCM–PAL, 2007 WL 1612293, *3 (D. Nev. June 1, 2007), and because Plaintiff's Complaint is not voluminous, the Court will make a one-time exception and provide Plaintiff with a free copy of his original Complaint. In the future, Plaintiff must retain a copy of all documents submitted to the Court. The Court will not look favorably on future requests for free copies of filed documents.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion requesting a copy of his original Complaint (ECF No. 4) is GRANTED; and

2. The Clerk of Court is directed to send Plaintiff a copy of his original Complaint, filed on June 25, 2020 (ECF No. 1).

IT IS SO ORDERED.

Dated: **July 16, 2020**         /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE