UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN, | No. 1:20-cv-00884-DAD-EPG |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| v. | (ECF No. 11) |
| ANTHONY SIMS, JR., | |
| Defendant. | |

On September 2, 2020, the Court entered findings and recommendations, recommending that Plaintiff's case be stayed pending the completion of an appeal concerning the search of his cellular phone. (ECF No. 10). Plaintiff then filed for a motion for a 60-day extension of time to file objections to the findings and recommendations, stating that he is on a quarantine due to a transfer to Oklahoma City. (ECF No. 11). Plaintiff states he has limited time to use the law library, and the computer is slow, so he needs more time to write a proper objection, if he chooses to do so. Plaintiff further states he will be transferred to the United States Penitentiary in Marion, Illinois, sometime within the next sixty days. Accordingly, he requests an extension of time.

///
///
///
///

1

Finding good cause, the Court GRANTS Plaintiff's motion. Plaintiff shall file his objections to the findings and recommendations, if any, no later than November 13, 2020.

IT IS SO ORDERED.

Dated:  **September 28, 2020**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE