UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY SIMS, JR.,<br><br>　　　　　　　Defendant. | CASE NO. 1:20-cv-00884-DAD-EPG<br><br>*EX PARTE* ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 29) |

　　　Before the Court is the *ex parte* application Defendant Anthony Sims, Jr., for an extension of time to respond to the complaint. (ECF No. 29). As grounds, Defendant states that his request for representation by the Department of Justice was just recently approved on October 22, 2021. Defendant intends to file a motion to dismiss on multiple issues and would be unable to do so by the current deadline to respond, November 9, 2021, and thus requests an extension of time until January 10, 2022 to respond to the complaint.

　　　Being sufficiently advised, IT IS HEREBY ORDERED that the *ex parte* application (ECF No. 29) is granted.  Defendant shall file a response to Plaintiff's complaint no later than January 10, 2022. However, no further extensions of time will be granted to this deadline.
IT IS SO ORDERED.

　　　Dated:　**November 3, 2021**　　　　　　　　　／s／ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1